UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 12-5855 DSF (JEMx) | Date | 7/13/12 |
| Title | Aurora Loan Services, LLC v. Michael O. Lundy, et al. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on July 6, 2012 based on federal question and diversity jurisdiction.  The complaint was filed May 24, 2012, and is a state law unlawful detainer complaint that does not state a federal cause of action.  There are also no allegations as to the citizenship of the parties and damages are limited in the complaint to less than $10,000.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.